UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY SURGERY CENTER a/s/o D.D., <br><br> Plaintiff(s), <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NJ; UNITED PARCEL SERVICE; ABC CORP. 1-10, <br><br> Defendant(s), | Case No.: 2:12-cv-07003-ES-SCM <br><br> **STIPULATION OF CONSOLIDATION** |
| NORTH JERSEY SURGERY CENTER a/s/o D.D., <br><br> Plaintiff(s), <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NJ; UNITED PARCEL SERVICE; ABC CORP. 1-10, <br><br> Defendant(s), | Case No.: 2:12-cv-07131-ES-SCM |

**IT IS HEREBY STIPULATED** by and between the parties that the above captioned matters are hereby consolidated under Case No. 2:12-cv-07003-ES-SCM.

MASSOOD & BRONSNICK, LLC

_____
Andrew Bronsnick, Esq.
Attorney for Plaintiff
Montvale Surgical Center

CONNELL FOLEY, LLP

_____
Christopher Abatemarco, Esq.
Attorney for Defendant, Horizon
Blue Cross Blue Shield of NJ

2893898-01

DAY PITNEY, LLP

Heather Weine Brochin, Esq.
Attorney for Defendant
United Parcel Service of America, Inc. ("UPSOA"),
improperly pleaded in the Complaint as "United Parcel Service"

Dated: 4/17/13