# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY SURGERY CENTER a/s/o D.D., <br><br> Plaintiff(s), <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NJ; UNITED PARCEL SERVICE; ABC CORP. (1-10) (said names being fictitious and unknown entities), <br><br> Defendant(s), | CIVIL ACTION NO.: 12-7003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff and Horizon Blue Cross Blue Shield of New Jersey, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorney for Plaintiffs*

Dated: April 29, 2013

Connell Foley, LLP

_____
Matthew A. Baker, Esq.
*Attorney for Horizon Blue Cross Blue Shield of New Jersey*

_____
Esther Salas, U.S.D.J.

2900064-01