## MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

647 MAIN AVE, SUITE 203
Passaic, New Jersey 07055
(973) 779-4200
Fax (973) 777-7977-f

Email: ABRONSNICK@MASSOODLAW.COM

Reply to Passaic

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*

°Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars

BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^
KIMBERLY A. KOPP
SUSAN M. MADAR

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

WAYNE OFFICE
50 Packanack Lake Road
Wayne, NJ 07470
973-696-1900
973-696-4211-f

July 10, 2013

**Via ECF**
Honorable Steven C. Mannion, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

   Re: *North Jersey Surgery Center v. United Parcel Service*
     Civil Action No.: 2:12-cv-07003-ES-CLW
     **Status Letter**

Dear Judge Mannion:

  Please be advised this office represents the Plaintiff in the above-referenced matter.  There is a telephone conference for this matter scheduled before Your Honor on July 17, 2013.  The parties jointly submit this letter to advise Your Honor of the status of this matter in anticipation of the aforementioned telephone conference.

  The parties are continuing to exchange written discovery and discuss a potential settlement.  Defendant United Parcel Service of America, Inc. ("UPSOA"), improperly pleaded as "United Parcel Service," received plaintiff's discovery responses today and will need additional time to review and consider additional discovery if necessary.   The parties jointly request a thirty-day extension of the discovery end date, the first extension request made by either party in this matter.  UPSOA would also request the right to file a dispositive motion following the completion of discovery.

  We thank Your Honor for your time and consideration.

            Respectfully,

            _____
            ANDREW R. BRONSNICK, ESQ.

cc: Kevin Skelly, Esq. (Via ECF)