```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                   :
NORTH JERSEY SURGERY CENTER,       :   Civil Action: 12-7003 (ES)
                                   :
            Plaintiff,             :            O R D E R
                                   :
         v.                        :          **Closed**
                                   :
HORIZON BLUE CROSS AND BLUE        :
SHIELD OF NEW JERSEY, et al.       :
                                   :
            Defendants,            :
                                   :
```

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the   10th   day of   SEPTEMBER   2013,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                              S/Esther Salas
                         ESTHER SALAS, U.S.D.J.